IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RITA OCASIO OTERO,

       Plaintiff

       v.

TSCPR FAMILY PARTNERSHIP #3,
LTD., et al.

       Defendants

CIVIL NO. 10-1243 (JP)

## FINAL JUDGMENT

The parties hereto have informed the Court that they settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF TO HAVE AND RECOVER SIXTY THOUSAND DOLLARS ($60,000.00) FROM DEFENDANTS.** The Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of July, 2010.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AS AGREED TO BY:**
COUNSEL FOR PLAINTIFF

_____
RICHARD SCHELL-ASAD, ESQ.

_____
JOSE M. CARRERAS, ESQ.

COUNSEL FOR DEFENDANTS

_____
GIANCARLO FONT-GARCIA, ESQ.